UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 501, a Labor Organization,<br><br>Petitioner,<br><br>vs.<br><br>DREYER'S GRAND ICE CREAM, INC., a Delaware Corporation, and DOES 1 THROUGH 10, inclusive.<br><br>Respondents. | Case No. 1:24-cv-00230-KES-CDB<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Place: Courtroom 6<br>Judge: Hon. Kirk E. Sheriff<br><br>Complaint Filed: December 22, 2023 |

-1-

1  Pursuant to the Parties' Joint Stipulation for Dismissal of Entire Action with
2 Prejudice, and good cause appearing therefor, IT IS HEREBY ORDERED THAT the
3 entire action is dismissed with prejudice, with each party bearing its own attorneys' fees
4 and costs.

6 IT IS SO ORDERED.

7  Dated:   October 14, 2025   
8  _____
   UNITED STATES DISTRICT JUDGE